| **RETURN** | | |
|---|---|---|
| Case no.:<br><br>15-MJ-60 | Date and time warrant executed:<br>9/8/2015 1249 hours | Copy of warrant and receipt for items left with:<br><br>N/A |

**FILED**

**OCT 07 2015**

CLERK

Inventory made in the presence of:

N/A

Inventory of the property taken and name of any person(s) seized:

Facebook provided an electronic response which was composed of a 527 page .pdf file. The document was downloaded via a secure law enforcement portal.

## CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Charla Aramayo, Special Agent
U.S. Department of Homeland Security
Homeland Security Investigations
Sioux Falls, SD
(605)782-5443